Name: Lisa M. Lewis
Street Address: 2100 Napa-Vallejo Hwy.
City and County: ~~Rutherford~~ Napa
State and Zip Code: CA 94558
Telephone Number: 707-252-9963

FILED

MAY 10 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Lisa Marie Martinez Lewis

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Ava Moralez
Madera Police Dept

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. 1:22-CV-00556-DAD-EPG

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

RECEIVED

MAY 10 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Lisa M. Martinez, Lewis
Street Address: 2100 Napa-Vallejo Hwy.
City and County: Napa
State and Zip Code: CA 94558
Telephone Number: 707-251-5956

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Ava Moralez
Job or Title (if known): Madera Police Officer
Street Address: 200 North C St.
City and County: Madera
State and Zip Code: CA. 93637
Telephone Number: 559 675-4200

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

2

Defendant No. 3

    Name                           _____

    Job or Title (if known)   _____

    Street Address        _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number    _____

Defendant No. 4

    Name                           _____

    Job or Title (if known)   _____

    Street Address        _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number    _____

**II.  Basis for Jurisdiction**

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1370 case with officer manipulation photos of self (plantiff) nude of breast area. Charges dropped and re issued.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Lisa Lewis, is a citizen of the State of *(name)* California.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Ava Morales, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, (name) Ava Moralez, is incorporated under the laws of the State of (name) Madera Police Dept and has its principal place of business in the State of (name) California. Or is incorporated under the laws of (foreign nation) State Police, and has its principal place of business in (name) Madera California.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

Nude photos were taken by officer personal use camera. Red Nikon camera. Discrimination has been ongoing since 2018. Was handcuffed

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Photos while in custody at 1370 recorded by Madera Community Hospital. Was feeling self violated by police and corporation. No privacy and followed by officer to child location to visit children. Arrested on site. They dropped charges then filed again.

5

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Nude photos of the breast area were taken for personal use Nikon Red camera. They have been arresting me for bogus crimes. I feel a money award is nessccary and to be fired and investigated. I am discriminated in Madera.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 05, 2022

Signature of Plaintiff   *Lisa M Lewis*
Printed Name of Plaintiff   Lisa M. Lewis

6

# FITZGERALD, ALVAREZ & CIUMMO
A PROFESSIONAL LAW CORPORATION

## MADERA OFFICE
CRAIG COLLINS, CHIEF DEFENSE ATTORNEY
ADAM RODRIGUEZ, ASSISTANT CHIEF DEFENSE ATTORNEY

221 NORTH I STREET           (559)674-4696
MADERA, CA 93638             FAX (559)674-9631

MADERA COUNTY    FRESNO COUNTY    AMADOR COUNTY    PLACER COUNTY
                                  NAPA COUNTY

Lisa Lewis
2100 Napa-Vallejo Hwy.
Napa, CA 94558-6293

## LEGAL MAIL

1/27/22

Re:        Case number MMH00798

Dear Ms. Lewis,

I received your voicemail of January 27, 2022 and wanted to respond. I understand your concerns about your cases and wanted to update you on where they currently stand.

On November 19, 2020, the Court determined that you were not competent to stand trial based on the reports of examining doctors. You were committed to the State Hospital to receive treatment for your underlying mental health conditions. The purpose of that treatment is to restore you to competency, which means being able to fully understand the charges and the court process, and being able to assist your attorney in your defense.

As of November 16, 2021, the treating doctors' reports indicated that you have not yet reached that point. The current commitment order allows for treatment for up to two years from the date of commitment. Your maximum date of commitment therefore is November 19, 2022. After that date, you have a right to a trial on any proposed further commitment.

The underlying criminal matters that led to your court appearances have been suspended for the duration of your commitment, however you are earning custody credits toward any future resolution of those cases.

It is my understanding that you are cooperating with your treatment team and taking your prescribed medication. Those actions can aid in your restoration to competency so that we can work on a resolution to your criminal matters.

I hope this addresses your questions and concerns.

Respectfully,

Marjorie Sheldon, Esq.
Defense Attorney
msheldon@faclawoffices.com

*PEOPLE v. Lisa Marie Lewis*
**Superior Court of California, County of Madera**
**Case No. MMH00798; MCR062002; MCR061833; MCR0656059**

DECLARATION OF SERVICE

I am a citizen of the United States and a resident of the county of Sacramento. I am over the age of eighteen years and not a party to the above referenced action. My business address is Department of State Hospitals, Legal Services Division, 1600 9th Street, Room 435, Sacramento, California 95814. On the date below, I served the foregoing document(s) described as:

1. NOTICE OF MOTION TO RENEW AN ORDER TO COMPEL INVOLUNTARY TREATMENT WITH ANTIPSYCHOTIC MEDICATION PURSUANT TO PENAL CODE SECTION 1370(a)(2)(B)(i);

2. MOTION TO RENEW AN ORDER TO COMPEL INVOLUNTARY TREATMENT WITH ANTIPSYCHOTIC MEDICATION PURSUANT TO PENAL CODE SECTION 1370(a)(2)(B)(i)

3. (PROPOSED ORDER ON MOTION TO RENW AN ORDER TO COMPEL INVOLUNTARY TREATMENT WITH ANTIPSYCHOTIC MEDICATION;

4. Discovery package.

on the parties below addressed as follows:

> Fitzgerald, Alvarez & Ciummo
> Attn: Ana Nino
> 221 North "I" St.
> Madera, CA 93637
> anino@faclawoffices.com

The parties where served as follows:

__X___  ☐ U.S. Postal Service ☐ Express Mail ☒ Overnight Mail
by depositing a copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail in the ordinary course of business.

_____  PERSONAL SERVICE: By personally delivering a true copy thereof to the following person(s) at the above listed address(es).

__X___  INTERNET/ELECTRONIC MAIL SERVICE – I caused to be transmitted a copy of the foregoing document on this date via internet/electronic mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 28, 2021, at Sacramento, California.

*Amanda Coyle*
Amanda Coyle, Legal Secretary