UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARTINEZ LEWIS, | Case No. 1:22-cv-00556-DAD-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| AVA MORALEZ, et al., | (ECF No. 2) |
| Defendants. | |

Plaintiff Lisa Martinez Lewis ("Plaintiff") is a detainee proceeding *pro se* in this action. (ECF No. 1.) On May 10, 2022, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF No. 2.) The Court has reviewed the application and Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.[1]

IT IS SO ORDERED.

Dated:  __May 11, 2022__          /s/ _Erica P. Grosjean_
                                UNITED STATES MAGISTRATE JUDGE

---

[1] As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of a *pro se* complaint filed *in forma pauperis* to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28